Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No. 2:11-cv-00645-KJM-KJN** |
| **Plaintiff,** | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR MOTION FOR DEFAULT JUDGMENT; and ORDER (~~Proposed~~)** |
| **vs.** | |
| **JUAN MANUEL MEDRANO HERNANDEZ,  et al.,** | **DATE:  Thursday, October 20, 2011** |
| **Defendant(s).** | **TIME:   10:00 A.M.** |

TO THE HONORABLE KENDALL J. NEWMAN, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

The undersigned counsel for Plaintiff J & J Sports Productions, Inc., respectfully requests the opportunity to appear telephonically for the upcoming Motion for Default Judgment presently scheduled for Thursday, October 20, 2011 at 10:00 A.M.

This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the Sacramento Division of this Honorable Court.

///

///

**WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear by telephone for the Motion for Default Judgment scheduled for Thursday, October 20, 2011 at 10:00 A.M.

Respectfully submitted,

Date:    October 13, 2011

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## <u>ORDER</u>

IT IS HEREBY ORDERED that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 2:11-cv-00645-KJM-KJN styled J & J Sports Productions, *Inc. v. Hernandez*, *et al.,* is granted permission to appear telephonically at the hearing on plaintiff's Motion for Default Judgment scheduled for Thursday, October 20, 2011 at 10:00 A.M.  <u>Plaintiff's counsel shall promptly contact Courtroom Deputy Matt Caspar at (916) 930-4187, and provide Mr. Caspar with the number for a dedicated, hard telephone line at which the court may contact plaintiff's counsel at the time of the hearing.</u>

**IT IS SO ORDERED**.

DATED:  October 13, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE