IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

      Plaintiff,                   No. 2:11-cv-00645 KJM KJN

      v.

JUAN MANUEL MEDRANO HERNANDEZ A/K/A JUAN H. MEDRANO, SR., INDIVIDUALLY and d/b/a LA ISLITA,

      Defendant.             <u>ORDER</u>

        Presently before the court is plaintiff's application for default judgment (Dkt. No. 12), to which no written opposition was filed.[1] The court heard plaintiff's application for default judgment on its law and motion calendar on October 20, 2011. Attorney Thomas P. Riley appeared on behalf of plaintiff via telephone. No appearance was made by or on behalf of defendant.

        For reasons discussed at the hearing concerning the sufficiency of an affidavit filed in support of the application, plaintiff withdrew its application for default judgment. Plaintiff intends to re-file its application at a later date.

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's application for default
2  judgment (Dkt. No. 12) is deemed withdrawn without prejudice.
3  IT IS SO ORDERED.
4  DATED: October 20, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE